# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| STEVEN KNEIZYS, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Case No.: 2:19-cv-01499-GMN-DJA |
| vs. | ) | |
| | ) | **ORDER** |
| FEDERAL DEPOSIT INSURANCE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On March 17, 2020, pro se Plaintiff Steven Kneizys filed a Surreply, (ECF No. 30), to Defendant Federal Deposit Insurance Company's Reply, (ECF No. 29). Local Rule 7-2(b) provides: "Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." Here, Plaintiff did not seek leave of court and impermissibly filed a Surreply. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Surreply, (ECF No. 30), is **STRICKEN**.

**DATED** this  19  day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court